

RECOMMENDATION TERMINATING
PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 02:04CR00264-01 LKK |
| ) | |
| Linda Anne COPPE ) | |

### LEGAL HISTORY:

On September 8, 2004, the above-named was sentenced to probation for a period of 5 years. Special conditions included a requirement for no weapons, warrantless search, substance abuse treatment/testing, mental health treatment, and 180 days home detention with electronic monitoring. She was also ordered to pay a $2,100 special assessment.

### SUMMARY OF COMPLIANCE:

Ms. Coppe has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Linda Anne COPPE
        Docket Number:  2:04CR00264-001
        RECOMMENDATION TERMINATING
        PROBATION PRIOR TO EXPIRATION DATE

## RECOMMENDATION:

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

*[signature]*

WENDY E. REYES
United States Probation Officer

Dated:      January 3, 2006
            Sacramento, California

**REVIEWED BY:**   *[signature]*

KAREN A. MEUSLING
Supervising United States Probation Officer

WER:sa

cc:     AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided). Per AUSA M. Rodriguez, the government has no objection to early termination of probation for the above-named defendant.

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 02:04CR00264-01 LKK |
| ) | |
| **Linda Anne COPPE** ) | |

On September 8, 2004, the above-named was sentenced to probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

*/s/ Wendy E. Reyes*
Wendy E. Reyes
United States Probation Officer

Dated:   January 9, 2006
         Sacramento, California

REVIEWED BY:   */s/ Karen A. Meusling*
Karen A. Meusling
Supervising United States Probation Officer

Rev. 03/2005
PROB35.MRG

Re:  **Linda Anne COPPE**
     **Docket Number:  2:04CR00264-01**
     **ORDER TERMINATING PROBATION**
     **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the defendant be discharged from probation, and that the proceedings in the case be terminated.

1/9/06
Date

Lawrence K. Karlton
Senior United States District Judge

WER;sa

cc:  AUSA, Michelle Rodriguez